Marshall Meyers (020584)
WEISBERG & MEYERS, LLC
5025 North Central Ave., #602
Phoenix, AZ 85012
602 445 9819
866 565 1327 facsimile
mmeyers@AttorneysForConsumers.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Eldona Patterson, | ) | Case No. 2:11-cv-00686-LOA |
| | ) | |
| Plaintiff, | ) | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| | ) | |
| vs. | ) | |
| | ) | |
| Portfolio Recovery Associates, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Arizona, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 22nd day of July, 2011.

 By:s/Marshall Meyers
   Marshall Meyers
   WEISBERG & MEYERS, LLC
   5025 North Central Ave., #602
   Phoenix, AZ 85012
   602 445 9819
   866 565 1327 facsimile
   mmeyers@AttorneysForConsumers.com
   Attorney for Plaintiff

Notice of Dismissal - 1

1  Filed electronically on this 22nd day of July, 2011, with:

2  United States District Court CM/ECF system

3

4

5  By: s/Jessica DeCandia
       Jessica DeCandia
6